JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY D. NATTY, ) | Case No. CV 11-10147 FMO (CWx) |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| PATRICK DONAHOE, Postmaster ) General, United Stated Postal Service, ) | |
| Defendant. ) | |

Pursuant to the Court's Order Re: Pending Motion, IT IS ADJUDGED that the above-captioned action is **dismissed with prejudice**.

Dated this 31st day of March, 2014.

/s/
Fernando M. Olguin
United States District Judge